**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA KIMBLE, a.k.a. Maria Trinidad Medrano Corona, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 07-74316 <br><br> Agency No. A079-359-985 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Department of Homeland Security

Submitted June 29, 2010[**]

Before:     ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Maria Kimble, a native and citizen of Mexico, petitions from a United States

Immigration and Customs Enforcement decision to reinstate her prior exclusion

order.  We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

of law and due process claims.  *Garcia de Rincon v. Dep't Homeland Security*, 539 F.3d 1133, 1136 (9th Cir. 2008).  We deny the petition for review.

The reinstatement of Kimble's removal order did not violate her due process rights.  *See Morales-Izquierdo v. Gonzales,* 486 F.3d 484, 497 (9th Cir. 2007) (en banc) ("Reinstatement of a prior removal order – regardless of the process afforded in the underlying order – does not offend due process because reinstatement of a prior order does not change the alien's rights or remedies.").

Kimble's remaining constitutional contentions are not persuasive.

**PETITION FOR REVIEW DENIED**.

07-74316